# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR2932-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| THOMAS MALLOZZI (15), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Thomas Mallozzi. The defendant is hereby discharged and the bond is hereby exonerated as to this defendant only.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 15, 2016

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-